43 So.2d 139
### ALABAMA GREAT SOUTHERN R. CO. v.
### E. W. HILL.
2 Div. 274.

Supreme Court of Alabama.
Dec. 1, 1949.

Walter P. Gewin, of Greensboro, for petitioner.

Benners, Burr, Stokely & McKamy and M. L. Taliaferro, of Birmingham, opposed.

LIVINGSTON, Justice.

Petitioner of E. W. Hill for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Alabama Great Southern R. Co. v. Hill, 43 So.2d 136.

Writ denied.

BROWN, FOSTER and SIMPSON, JJ., concur.